| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| _____ District of  Delaware |
| (State) |
| Case number (*If known*): _____  Chapter  11 |

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                   12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1:   Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7
☑ Chapter 11

### Part 2:   Identify the Debtor

**2. Debtor's name**   Mawson Infrastructure Group, Inc.

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

8 8 – 0 4 4 5 1 6 7
EIN

**5. Debtor's address**

**Principal place of business**

950  Railroad Avenue
Number   Street

Midland                    PA    15059
City                       State  ZIP Code

United States of America
County

**Mailing address, if different**

Number   Street

P.O. Box

City   State   ZIP Code

**Location of principal assets, if different from principal place of business**

Number   Street

City   State   ZIP Code

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 1

Debtor  **Mawson Infrastructure Group, Inc.**                    Case number (if known)_____
               Name

| | | |
|---|---|---|
| 6. | **Debtor's website** (URL) | https://www.mawsoninc.com/ |

| | | |
|---|---|---|
| 7. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| 8. | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☑ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☐ No |
| | | ☑ Yes. Debtor _____  Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | | MM / DD / YYYY |
| | | Debtor _____  Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | | MM / DD / YYYY |
| | | Petitioners reference the Winding Up Application filed with the Federal Court of Australia on October 3, 2024 (Case No. NSD 1395 of 2024) relating to debts owed by Debtor's subsidiary, Mawson Infrastructure Group Pty Ltd., for which Debtor provided guarantees. |

### Part 3:  Report About the Case

| | | |
|---|---|---|
| 10. | **Venue** | *Check one:* |
| | | ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☑ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☐ No |
| | | ☑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor _____    Case number (if known)_____
        Name

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| See Rider 1 | | $ _____ |
| | | $ _____ |
| | | $ _____ |
| | Total of petitioners' claims | $ _____ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

W Capital Advisors Pty Ltd
Name

Unit 304, 44 Miller Street
Number   Street

North Sydney         Australia      NSW 2060
City                 State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City         State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  30  11  2024
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

**Attorneys**

Robert J. Dehney, Sr.
Printed name

Morris, Nichols, Arsht & Tunnell LLP
Firm name, if any

1201  North Market Street, 16th Flr.
Number   Street

Wilmington              DE          19899-1347
City                    State       ZIP Code

Contact phone  302.351.9353   Email RDehney@morrisnichols.com

Bar number  3578

State  DE

X  /s/ Robert J. Dehney, Sr.
_____
Signature of attorney

Date signed  12/04/2024
             MM / DD / YYYY

Debtor _____    Case number (if known) _____
       Name

**Name and mailing address of petitioner**

Marshall Investments MIG Pty Ltd
Name

Suite 1, Level 12, 53 Martin Place
Number    Street

Sydney     Australia     NSW 2000
City     State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  19 November 2024
              MM / DD / YYYY

✗ /s/ [signature]     Director

Signature of petitioner or representative, including representative's title

---

Robert J. Dehney, Sr.
Printed name

Morris, Nichols, Arsht & Tunnell LLP
Firm name, if any

1201  North Market Street, 16th Flr.
Number    Street

Wilmington     DE     19899-1347
City     State     ZIP Code

Contact phone  302.351.9353     Email  RDehney@morrisnichols.com

Bar number  3578

State  DE

✗ /s/ Robert J. Dehney, Sr.
Signature of attorney

Date signed  12/04/2024
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

Rayra Pty Ltd
Name

Unit 58A, 1183-1187 The Horsley Drive
Number    Street

Wetherill Park     Australia     NSW 2164
City     State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  19 November 2024
              MM / DD / YYYY

✗ /s/ [signature]     Director

Signature of petitioner or representative, including representative's title

---

Robert J. Dehney, Sr.
Printed name

Morris, Nichols, Arsht & Tunnell LLP
Firm name, if any

1201  North Market Street, 16th Flr.
Number    Street

Wilmington     DE     19899-1347
City     State     ZIP Code

Contact phone  302.351.9353     Email  RDehney@morrisnichols.com

Bar number  3578

State  DE

✗ /s/ Robert J. Dehney, Sr.
Signature of attorney

Date signed  12/04/2024
            MM / DD / YYYY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **Mawson Infrastructure Group, Inc.** <br><br> **Alleged Debtor** | Chapter 11 <br><br> Case No. 24-[] ([]) |

## Rider 1

Petitioners declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information and belief.

| Name of Petitioner | Nature of Petitioner's Claim | Amount of the Claim Above the Value of Any Lien |
|---|---|---|
| W Capital Advisors Pty Ltd as trustee for the W Capital Advisors Fund[1] | Secured Loan Deed | A$1,661,552.58 plus interest accruing under the Secured Loan Deed and the interest accruing under the certain convertible promissory note, dated 8 July 2022 and legal and professional services costs. |
| Marshall Investments MIG Pty Ltd as trustee for the Marshall Investments MIG Trust[2] | Secured Loan Facility Agreement | A$12,073,339 plus interest and default management fees accruing under the Secured Loan Facility Agreement and legal professional services costs. |
| Rayra Pty Ltd as trustee for The Mountainview Trust | Secured Loan Facility Agreement | A$50,000 plus interest accruing under the Secured Loan Facility Agreement |

---

[1]   Mawson Infrastructure Group, Inc. (the "Debtor") and W Capital Advisors Pty Ltd executed that certain Corporate Guarantee, dated as of September 29, 2022, whereby the Debtor guarantees the obligations of its affiliate Mawson Infrastructure Pty Ltd under that certain Secured Loan Deed, by and between W Capital Advisors Pty Ltd and the Mawson Infrastructure Pty Ltd, dated as of September 2, 2022 (as amended time to time, the Secured Loan Deed").

[2]   The Debtor and Marshall Investments MIG Pty Ltd executed that certain Continuing Guaranty, dated as of December 9, 2021, whereby the Debtor guarantees the obligations of its affiliate MIG No. 1 Pty Ltd under that certain Secured Loan Facility Agreement, by and between Marshall Investments MIG Pty Ltd and affiliate MIG No. 1 Pty Ltd, dated as of December 9, 2021 (the "Secured Loan Facility Agreement").

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **Mawson Infrastructure Group, Inc.** | Case No. 24-[] ([]) |
| **Alleged Debtor** | |

### DECLARATION OF RAY ITAOUI ON BEHALF OF RAYRA PTY LTD PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1003(a)

I, Ray Itaoui, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1.  I make this declaration on behalf of Rayra Pty Ltd, as trustee for The Mountainview Trust (the "Petitioning Creditor") in the above-captioned involuntary chapter 11 case (the "Bankruptcy Case") filed by Petitioning Creditor and other petitioning creditors against Mawson Infrastructure Group, Inc. (the "Debtor"). I am fully familiar with the facts set forth herein either through my own personal knowledge or through a review of documents related to the Petitioning Creditor's claims against the Debtor.

2.  I am a Director and Company Secretary of Rayra Pty Ltd, the trustee for Petitioning Creditor .

3.  The Petitioning Creditor holds claims against the Debtor in the aggregate principal amount of at least A$50,000 plus accruing interest based upon its holdings under that certain Secured Loan Facility Agreement by and between Marshall Investments MIG Pty Ltd (the "Assignor"), as trustee for the Marshall Investments MIG Trust, and MIG No. 1 Pty Ltd, dated as of December 9, 2021 (the "Loan Agreement"). The Petitioning Creditor and the Debtor entered into a Continuing Guaranty, causing the Debtor to act as a guarantor for the prompt repayment by MIG No. 1 Pty Ltd of the commitments under the Loan Agreement.

4.      The Petitioning Creditor's holdings under the Loan Agreement that are being relied upon for the purpose of satisfying the requirement of 11 U.S.C. § 303(b)(1) were acquired on October 18, 2024, as reflected in that certain Assignment Agreement annexed hereto as <u>Exhibit A</u>.

5.      The Petitioning Creditor did not purchase the claims for the purpose of commencing this case under the Bankruptcy Code.

6.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 19th, 2024
New York, New York

By: _____
Ray Itaoui
Director and Company Secretary