# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAWSON INFRASTRUCTURE GROUP, INC.,<br><br>Alleged Debtor. | Chapter 11<br><br>Case No. 24-12726 (MFW)<br><br>**Re: D.I. 1** |

### NOTICE OF FILING OF EXHIBIT A TO THE DECLARATION OF RAY ITAOUI ON BEHALF OF RAYRA PTY LTD PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURES 1003(a)

**PLEASE TAKE NOTICE** that on December 4, 2024, W Capital Advisors Pty Ltd, Marshall Investments MIG Pty Ltd and Rayra Pty Ltd (the "Petitioning Creditors") filed an involuntary chapter 11 petition (the "Petition") against Mawson Infrastructure Group, Inc. (the "Alleged Debtor"). The *Declaration of Ray Itaoui on Behalf of Rayra Pty Ltd Pursuant to Federal Rule of Bankruptcy Procedure 1003(a)* (the "Declaration") was filed contemporaneously with the Petition.

**PLEASE TAKE NOTICE** that attached hereto is **Exhibit A** to the Declaration.

*(Remainder of page intentionally left blank)*

Dated: December 20, 2024
    Wilmington, Delaware  **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Tamara K. Mann*
Robert J. Dehney (No. 3578)
Tamara K. Mann (No. 5643)
1201 North Market Street, 16th Floor
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@morrisnichols.com
       tmann@morrisnichols.com

*- and –*

**GLENN AGRE BERGMAN & FUENTES LLP**
Andrew K. Glenn (*pro hac vice* pending)
Stacy Tecklin (*pro hac vice* pending)
Maggie Lovric (*pro hac vice* pending)
Esther Hong (*pro hac vice* pending)
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
Email: aglenn@glennagre.com
       stecklin@glennagre.com
       mlovric@glennagre.com
       ehong@glennagre.com

*Counsel to Petitioning Creditors*