IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAWSON INFRASTRUCTURE GROUP, INC.<br><br>Alleged Debtor. | Chapter 11<br><br>Case No. 24-12726 (MFW) |
| MAWSON INFRASTRUCTURE GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>CELIUS NETWORK LTD., CELSIUS MINING LLC, and IONIC DIGITAL MINING LLC.<br><br>Defendants. | Adv. Pro. No. __-_____ |

**ALLEGED DEBTOR'S ADVERSARY COMPLAINT FOR INJUNCTIVE RELIEF PURSUANT TO 11 U.S.C. § 105**

# COMPLAINT FILED UNDER SEAL