# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Mawson Infrastructure Group, Inc.,<br><br>Alleged Debtor. | Chapter 11<br><br>Case No. 24-12726 (MFW) |

### DECLARATION OF KEITH H. WOFFORD IN SUPPORT OF
### MOTION OF CELSIUS NETWORK LIMITED FOR RELIEF
### FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)

I, Keith H. Wofford, hereby declare:

1. I am a partner at the law firm of White & Case LLP and counsel to Celsius Network Limited and Celsius Mining LLC in the above-captioned matter. I respectfully submit this declaration in support of the Motion of Celsius Network Limited for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) (the "**Motion**").[1]

2. **Exhibit A** to this declaration is an excerpt from a true and correct copy of the transcript of the hearing held on January 22, 2025 on the alleged debtor's *Emergency Motion for Temporary Restraining Order and Preliminary Injunction Extending the Automatic Stay Pursuant to 11 U.S.C. § 105*, Adv. Pro. 25-50008 [Docket No. 4].

3. **Exhibit B** to this declaration is a true and correct copy of the Partial Final Award rendered on January 23, 2025 in respect of Celsius Network Limited's AAA

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Commercial Rule 34 dispositive motion in the Arbitration for an award on the Luna Promissory Note.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed in Miami, Florida

Dated: February 11, 2025        /s/ *Keith H. Wofford*
                                Keith H. Wofford