## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>MAWSON INFRASTRUCTURE GROUP, INC.<br><br>Alleged Debtor. | Chapter 11<br><br>Case No. 24-12726 (MFW) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 26, 2025 AT 11:30 A.M. (EASTERN TIME)[1]

**THIS HEARING WILL BE CONDUCTED BY ZOOM. PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON.
THE COURT HAS NO PREFERENCE.**

**TO ATTEND THIS HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV OR CLICK THE FOLLOWING LINK: https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl.**

**PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN 4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING.
YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL. ZOOM INFORMATION WILL BE
SENT OUT PRIOR TO THE HEARING.**

MATTERS GOING FORWARD

1. Motion of Celsius Network Limited for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [D.I. 42; Filed February 11, 2025]

   Responses/Replies Received:

   A. Mawson Infrastructure Group, Inc.'s Objection to the Motion of Celsius Network Limited for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [D.I. 45; Filed February 19, 2025]

---

[1] Amended agenda items are listed in **bold**.

     B.  Reply of Celsius Network Limited to Mawson Infrastructure Group, Inc.'s Objection to the Motion of Celsius Network Limited for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [D.I. 46; Filed February 21, 2025]

Related Documents:

     A.  Declaration of Keith H. Wofford in Support of Motion of Celsius Network Limited for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [D.I. 43; Filed February 19, 2025]

     B.  Declaration of Keith H. Wofford in Support of Reply of Celsius Network Limited to Mawson Infrastructure Group, Inc.'s Objection to the Motion of Celsius Network Limited for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [D.I. 47; Filed February 21, 2025]

Status:      This matter will go forward.

*(Signature page follows)*

Dated:  February 24, 2025

**FOX ROTHSCHILD LLP**

*/s/ Stephanie Slater Ward*
Seth A. Niederman (No. 4588)
Stephanie Slater Ward (No. 6922)
1201 North Market Street, Suite 1200
Wilmington, DE  19801
Telephone: (302) 654-7444
Email: sniederman@foxrothschild.com
Email: sward@foxrothschild.com

-and-

Michael A. Sweet (admitted *pro hac vice*)
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436
Email: msweet@foxrothschild.com

-and-

Michael R. Herz (admitted *pro hac vice*)
49 Market Street
Morristown, NJ 07960
Telephone: (973) 548-3330
Email: mherz@foxrothschild.com

-and-

Martin R. Martos, II (admitted *pro hac vice*)
321 N. Clark Street, Suite 1600
Chicago, IL 60654
Telephone: (312)517-9200
Email: mmartos@foxrothschild.com

-and-

Isaac Hoenig (admitted *pro hac vice*)
101 Park Avenue, 17th Floor
New York, NY 10178
Telephone: (212) 878-7900
Email: ihoenig@foxrothschild.com

*Counsel to the Alleged Debtor*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Notice of Agenda was served on February 24, 2025 via the Court's CM/ECF electronic filing system on all parties registered to receive such notice.

*/s/ Stephanie Slater Ward*
Stephanie Slater Ward (DE No. 4588)