IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>MAWSON INFRASTRUCTURE GROUP, INC.<br>Alleged Debtor. | Chapter 11<br><br>Case No. 24-12726 (MFW) |

**DECLARATION OF COUNSEL IN SUPPORT OF ALLEGED DEBTOR'S MOTION TO COMPEL DISCOVERY AND DEPOSITIONS**

I, Seth A. Niederman, declare as follows:

1. I am a partner at the offices of Fox Rothschild LLP, counsel to Mawson Infrastructure Group, Inc. ("Mawson" or the "Alleged Debtor" or the "Company"), in the above-captioned involuntary bankruptcy case. I make this declaration in support of the *Alleged Debtor's Motion to Compel Discovery and Depositions* (the "Motion"), filed contemporaneously herein.[1]

2. I am over the age of 18, except as otherwise indicated herein I have personal knowledge of the facts set forth herein or have obtained familiarity with such facts from persons knowledgeable of them, and if called upon to testify, could and would do so.

3. A true and correct copy of the First Set of Interrogatories and the First Request for Production of Documents served on the Initial Petitioning Creditors is attached hereto as **Exhibit A**.

4. A true and correct copy of the Initial Petitioning Creditors' responses and objections to Mawson's First Set of Discovery Demands is attached hereto as **Exhibit B**.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them as defined in the Motion.

5. A true and correct copy of the Deficiency Letter dated March 11, 2025 is attached hereto as **Exhibit C**.

6. A true and correct copy of the email from counsel to the Petitioning Creditors dated March 21, 2025 is attached hereto as **Exhibit D**.

7. A true and correct copy of the Initial Petitioning Creditors' Supplemental Responses is attached hereto as **Exhibit E**.

8. A true and correct copy of the MIG1 Discovery Request served on the MIG1 Receivers is attached hereto as **Exhibit F**.

9. A true and correct copy of the email from counsel to Mawson dated April 9, 2025 is attached hereto as **Exhibit G**.

10. A true and correct copy of the Second Deficiency Letter dated April 17, 2025 is attached hereto as **Exhibit H**.

11. A true and correct copy of the email correspondence between counsel to Mawson and counsel to the Petitioning Creditors dated April 17, 2025 and April 18, 2025 is attached hereto as **Exhibit I**.

12. In accordance with Local Rule 7026-1(d), I certify that counsel for the Alleged Debtor has made a reasonable attempt to reach an agreement with counsel for the Petitioning Creditors regarding the discovery requested in this Motion without success.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of April 2025.

*/s/ Seth A. Niederman*
Seth A. Niederman (No. 4588)