# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAWSON INFRASTRUCTURE GROUP, INC.<br><br>Alleged Debtor. | Chapter 11<br><br>Case No. 24-12726 (MFW)<br><br>RE: D.I. 73 |

### ORDER DENYING MOTION OF CELSIUS NETWORK LIMITED FOR SANCTIONS AGAINST MAWSON INFRASTRUCTURE GROUP, INC. PURSUANT TO THE COURT'S INHERENT AUTHORITY AND 11 U.S.C. § 105(a)

Upon the *Motion of Celsius Network Limited for Sanctions Against Mawson Infrastructure Group, Inc. Pursuant to the Court's Inherent Authority and 11 U.S.C.§ 105(a)* [Docket No. 73] (the "Motion");[1] and the Court having reviewed (i) the Motion, (ii) the Declaration of Keith H. Wofford in support thereof [Docket No. 74]; (iii) the Declaration of Jeffrey Sabin in support thereof [Docket No. 75]; (iv) *Mawson Infrastructure Group, Inc.'s Objection to the Motion of Celsius Network Limited for Sanctions Against Mawson Infrastructure Group, Inc. Pursuant to the Court's Inherent Authority and 11 U.S.C. § 105(a)* [Docket No. 79] (the "Mawson Opposition"); and (v) the *Reply to Mawson Infrastructure Group, Inc.'s Objection to the Motion of Celsius Network Limited for Sanctions Against Mawson Infrastructure Group, Inc. Pursuant to the Court's Inherent Authority and 11 U.S.C. § 105(a)* [Docket No. 93]; and the Court having held a hearing on the Motion on May 9, 2025 (the "Hearing"); and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 1334 and 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation and sufficient cause appearing therefor; and for the reasons stated on the record at the Hearing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. For the reasons stated on the record, the Motion is **DENIED**.

2. This order shall be immediately effective upon entry.

3. The Court retains jurisdiction and shall have the power to enforce the terms and provisions of this Order.

Dated: May 13th, 2025  
Wilmington, Delaware

MARY F. WALRATH  
**UNITED STATES BANKRUPTCY JUDGE**