IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAWSON INFRASTRUCTURE GROUP, INC.<br><br>Alleged Debtor. | Chapter 11<br><br>Case No. 24-12726 (MFW) |

**DECLARATION OF RYAN COSTELLO IN SUPPORT OF THE
REPLY OF MAWSON INFRASTRUCTURE GROUP INC. IN SUPPORT
OF ITS MOTION (I) FOR A BOND PURSUANT TO 11 U.S.C. § 303(e),
AND (II) FOR SANCTIONS FOR WILLFUL VIOLATION
OF THE AUTOMATIC STAY**

I, Ryan Costello, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.  I am the Chairman of the Board of Directors of Mawson Infrastructure Group, Inc. ("Mawson"). I submit this Declaration based on personal knowledge and review of relevant documents in support of the *Reply of Mawson Infrastructure Group Inc. in Support of its Motion (i) for a Bond Pursuant to 11 U.S.C. § 303(e); and (ii) for Sanctions for Willful Violation of the Automatic Stay* (the "Reply").[1]

2.  Attached hereto as **Exhibit A** is a true and correct copy of an email I received from James Manning on July 2, 2025.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in *Mawson Infrastructure Group Inc.'s Motion (I) For a Bond Pursuant to 11 U.S.C. § 303(e) and (II) for Sanctions for Violation of the Automatic Stay* [Docket No. 88 (sealed); Docket No. 101 (redacted)] (the "Motion") or the Reply, as applicable.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed On: July 30, 2025  /s/ Ryan Costello
Ryan Costello
Chairman of the Board of Directors of
Mawson Infrastructure Group, Inc.

**Exhibit A**

Case 24-12726-MFW    Doc 143    Filed 07/30/25    Page 3 of 4

**From:** James Manning <james@manning.com.au>
**Date:** July 2, 2025 at 5:29:10 PM EDT
**To:** ryan@ryancostello.com
**Subject: Call**

> **Caution:** This is an external email. Please take care when clicking links or opening attachments. When in doubt, contact your IT Department

Ryan

Suggest we have a call on a without prejudice basis and subject to the existing rules by both parties lawyers.

I'm in Italy. Available for next 20 mins.

Otherwise will reach out to Greg when I get up.

James

Get Outlook for Android