**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>MAWSON INFRASTRUCTURE GROUP, INC.<br><br>Alleged Debtor. | Chapter 11<br><br>Case No. 24-12726 (MFW) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 4, 2025 AT 2:00 P.M. (EASTERN TIME)

---

**THIS HEARING WILL BE CONDUCTED BY ZOOM. PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON.
THE COURT HAS NO PREFERENCE.**

**TO ATTEND THIS HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV OR CLICK THE FOLLOWING LINK: https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl.**

**PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN 4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING.
YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL. ZOOM INFORMATION WILL BE
SENT OUT PRIOR TO THE HEARING.**

---

MATTERS GOING FORWARD

1. [SEALED] Mawson Infrastructure Group Inc.'s Motion (I) for a Bond Pursuant to 11 U.S.C. § 303(d) and (II) for Sanctions for Willful Violation of the Automatic Stay [D.I. 88; Filed May 4, 2025]

   Response Deadline:   July 25, 2025 at 4:00 p.m. (ET)

   Responses/Replies Received:

   A. Petitioning Creditors' and Cameron Hamish Gray's Opposition to Debtor's Motion (I) for a Bond Pursuant to 11 U.S.C. § 303(e) and (II) for Sanctions for Willful Violation of the Automatic Stay [D.I. 139; Filed July 25, 2025]

B. Declaration of Andrew K. Glenn in Support of Petitioning Creditors' and Cameron Hamish Gray's Opposition to Debtor's Motion (I) for a Bond Pursuant to 11 U.S.C. § 303(e) and (II) for Sanctions for Willful Violation of the Automatic Stay [D.I. 140; Filed July 25, 2025]

C. Reply of Mawson Infrastructure Group Inc. in Support of its Motion (I) for a Bond Pursuant to 11 U.S.C. § 303(e), and (II) for Sanctions for Willful Violation of the Automatic Stay [D.I. 142; Filed July 30, 2025]

D. Declaration of Ryan Costello in Support of Reply of Mawson Infrastructure Group Inc. in Support of its Motion (I) for a Bond Pursuant to 11 U.S.C. § 303(e), and (II) for Sanctions for Willful Violation of the Automatic Stay [D.I. 143; Filed July 30, 2025]

E. Supplemental Declaration of Bill Regan in Support of Reply of Mawson Infrastructure Group Inc. in Support of its Motion (I) for a Bond Pursuant to 11 U.S.C. § 303(e), and (II) for Sanctions for Willful Violation of the Automatic Stay [D.I. 144; Filed July 30, 2025]

F. Declaration of Michael R. Herz in Support of Reply of Mawson Infrastructure Group Inc. in Support of its Motion (I) for a Bond Pursuant to 11 U.S.C. § 303(e), and (II) for Sanctions for Willful Violation of the Automatic Stay [D.I. 145; Filed July 30, 2025]

Related Documents:

A. [SEALED] Declaration of Gregory John Martin in Support of Mawson Infrastructure Group Inc.'s Motion (I) for a Bond Pursuant to 11 U.S.C. § 303(e), and (II) for Sanctions for Willful Violation of the Automatic Stay [D.I. 89; Filed May 4, 2025]

B. [SEALED] Declaration of Bill Reagan in Support of Mawson Infrastructure Group Inc.'s Motion (I) for a Bond Pursuant to 11 U.S.C. § 303(e), and (II) for Sanctions for Willful Violation of the Automatic Stay [D.I. 90; Filed May 4, 2025]

C. [SEALED] Declaration of Seth A. Niederman in Support of Mawson Infrastructure Group Inc.'s Motion (I) for a Bond Pursuant to 11 U.S.C. § 303(e), and (II) for Sanctions for Willful Violation of the Automatic Stay [D.I. 91; Filed May 4, 2025]

D. Motion for Leave to File, Under Seal, Mawson Infrastructure Group Inc.'s Motion (I) for a Bond Pursuant to 11 U.S.C. § 303(e), and (II) for Sanctions for Willful Violation of the Automatic Stay [D.I. 97; Filed May 7, 2025]

E.  [REDACTED] Mawson Infrastructure Group Inc.'s Motion (I) for a Bond Pursuant to 11 U.S.C. § 303(e), and (II) for Sanctions for Willful Violation of the Automatic Stay [D.I. 101; Filed May 7, 2025]

F.  Declaration of Gregory John Martin in Support of Mawson Infrastructure Group Inc.'s Motion (I) for a Bond Pursuant to 11 U.S.C. § 303(e), and (II) for Sanctions for Willful Violation of the Automatic Stay [D.I. 102; Filed May 7, 2025]

G.  Declaration of Bill Reagan in Support of Mawson Infrastructure Group Inc.'s Motion (I) for a Bond Pursuant to 11 U.S.C. § 303(e), and (II) for Sanctions for Willful Violation of the Automatic Stay [D.I. 103; Filed May 7, 2025]

H.  Declaration of Seth A. Niederman in Support of Mawson Infrastructure Group Inc.'s Motion (I) for a Bond Pursuant to 11 U.S.C. § 303(e), and (II) for Sanctions for Willful Violation of the Automatic Stay [D.I. 104; Filed May 7, 2025]

I.  Order Granting Motion for Leave to File, Under Seal, Mawson Infrastructure Group Inc.'s Motion (I) for a Bond Pursuant to 11 U.S.C. § 303(e), and (II) for Sanctions for Willful Violation of the Automatic Stay [D.I. 106; Filed May 7, 2025]

J.  Notice of Hearing on Debtor's Motion (I) for a Bond Pursuant to 11 U.S.C. § 303(d) and (II) for Sanctions for Willful Violation of the Automatic Stay [D.I. 140; Filed July 25, 2025]

Status:      This matter will go forward.

*(Signature page follows)*

3

Dated:  July 31, 2025

FOX ROTHSCHILD LLP

*/s/ Stephanie Slater Ward*
Seth A. Niederman (No. 4588)
Stephanie Slater Ward (No. 6922)
1201 North Market Street, Suite 1200
Wilmington, DE  19801
Telephone: (302) 654-7444
Email: sniederman@foxrothschild.com
Email: sward@foxrothschild.com

-and-

Michael A. Sweet (admitted *pro hac vice*)
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436
Email: msweet@foxrothschild.com

-and-

Michael R. Herz (admitted *pro hac vice*)
49 Market Street
Morristown, NJ 07960
Telephone: (973) 548-3330
Email: mherz@foxrothschild.com

*Counsel to the Alleged Debtor*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the foregoing Notice of Agenda was served on July 31, 2025 via the

Court's CM/ECF electronic filing system on all parties registered to receive such notice.


*/s/ Stephanie Slater Ward*
Stephanie Slater Ward (DE No. 6922)