## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

MAWSON INFRASTRUCTURE GROUP, INC.

Alleged Debtor.

Chapter 11

Case No. 24-12726 (MFW)

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON SEPTEMBER 5, 2025 AT 10:30 A.M. (EASTERN TIME)

**THIS HEARING WILL BE CONDUCTED BY ZOOM. PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON. THE COURT HAS NO PREFERENCE.**

**TO ATTEND THIS HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV OR CLICK THE FOLLOWING LINK: https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl.**

**PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN 4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL. ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.**

MATTERS GOING FORWARD

1. Marshall's Motion Pursuant to Bankruptcy Code Section 303(i) and Bankruptcy Rules 9023 and 9024 for Order (I) Dismissing Alleged Debtor's Request for Bond, (II) Scheduling Rehearing on Alleged Debtor's Motion for Order for (A) Bond Pursuant to 11 U.S.C. § 303(e) and (B) Sanctions for Violation of the Automatic Stay or (III) Reconsidering the August 11 Bench Ruling on Such Motion [D.I. 16 164]; filed August 25, 2025

   Response Deadline:    September 3, 2025 at 10:00 a.m. (ET)

   Responses/Replies Received:

A.      Limited Objection and Reservation of Rights of Celsius Network Limited Regarding Marshall's Motion Pursuant to Bankruptcy Code Section 303(i) and Bankruptcy Rules 9023 and 9024 for Order (I) Dismissing Alleged Debtor's Request for Bond, (II) Scheduling Rehearing on Alleged Debtor's Motion for Order for (A) Bond Pursuant to 11 U.S.C. § 303(e) and (B) Sanctions for Violation of the Automatic Stay or (III) Reconsidering the August 11 Bench Ruling on Such Motion and Motion to Dismiss Petition of Marshall Investments GCP Pty Limited (f/k/a Marshall Investments MIG Pty Ltd) as Trustee for the Marshall Investments MIG Trust ad Petitioning Creditor [D.I. 183; filed September 3, 2025]

B.      Objection of Mawson Infrastructure Group, Inc. to (A) Marshall's Motion Pursuant to Bankruptcy Code Section 303(i) and Bankruptcy Rules 9023 and 9024 for Order (I) Dismissing Alleged Debtor's Request For Bond, (II) Scheduling Rehearing On Alleged Debtor's Motion For Order For (A) Bond Pursuant To 11 U.S.C. § 303(e) And (B) Sanctions For Violation Of Automatic Stay Or (II) Reconsidering The August 11 Bench Ruling On Such Motion; (B) Joinder of Rayra Pty Ltd. To Marshall's Motion Pursuant to Bankruptcy Code Section 303(i) and Bankruptcy Rules 9023 and 9024 for Order (I) Dismissing Alleged Debtor's Request For Bond, (II) Scheduling Rehearing On Alleged Debtor's Motion For Order For (A) Bond Pursuant To 11 U.S.C. § 303(e) And (B) Sanctions For Violation Of Automatic Stay Or (II) Reconsidering The August 11 Bench Ruling On Such Motion; and (C) Joinder and Motin of Liam Healey and Quentin Olde in Their Capacity as Receivers and Managers of MIG No.1 Pty Ltd. (in Liq.) (Receivers and Managers Appointed), Pursuant to Bankruptcy Rule 9023, for (I) Reconsideration of the Bench Ruling and (II) Rehearing on Alleged Debtor's Motion for Order for () Bond Pursuant to 11 U.S.C. Section 303(e) and (II) Sanctions for Violation of Automatic Stay [D.I. 184; filed September 3, 2025]

Related Documents:

A.      [SEALED] Mawson Infrastructure Group Inc.'s Motion (I) for a Bond Pursuant to 11 U.S.C. § 303(d) and (II) for Sanctions for Willful Violation of the Automatic Stay [D.I. 88; Filed May 4, 2025]

B.      [SEALED] Declaration of Gregory John Martin in Support of Mawson Infrastructure Group Inc.'s Motion (I) for a Bond Pursuant to 11 U.S.C. § 303(e), and (II) for Sanctions for Willful Violation of the Automatic Stay [D.I. 89; Filed May 4, 2025]

C.      [SEALED] Declaration of Bill Reagan in Support of Mawson Infrastructure Group Inc.'s Motion (I) for a Bond Pursuant to 11 U.S.C.

§ 303(e), and (II) for Sanctions for Willful Violation of the Automatic Stay [D.I. 90; Filed May 4, 2025]

D.    [SEALED] Declaration of Seth A. Niederman in Support of Mawson Infrastructure Group Inc.'s Motion (I) for a Bond Pursuant to 11 U.S.C. § 303(e), and (II) for Sanctions for Willful Violation of the Automatic Stay [D.I. 91; Filed May 4, 2025]

E.    Motion for Leave to File, Under Seal, Mawson Infrastructure Group Inc.'s Motion (I) for a Bond Pursuant to 11 U.S.C. § 303(e), and (II) for Sanctions for Willful Violation of the Automatic Stay [D.I. 97; Filed May 7, 2025]

F.    [REDACTED] Mawson Infrastructure Group Inc.'s Motion (I) for a Bond Pursuant to 11 U.S.C. § 303(e), and (II) for Sanctions for Willful Violation of the Automatic Stay [D.I. 101; Filed May 7, 2025]

G.    Declaration of Gregory John Martin in Support of Mawson Infrastructure Group Inc.'s Motion (I) for a Bond Pursuant to 11 U.S.C. § 303(e), and (II) for Sanctions for Willful Violation of the Automatic Stay [D.I. 102; Filed May 7, 2025]

H.    Declaration of Bill Reagan in Support of Mawson Infrastructure Group Inc.'s Motion (I) for a Bond Pursuant to 11 U.S.C. § 303(e), and (II) for Sanctions for Willful Violation of the Automatic Stay [D.I. 103; Filed May 7, 2025]

I.    Declaration of Seth A. Niederman in Support of Mawson Infrastructure Group Inc.'s Motion (I) for a Bond Pursuant to 11 U.S.C. § 303(e), and (II) for Sanctions for Willful Violation of the Automatic Stay [D.I. 104; Filed May 7, 2025]

J.    Order Granting Motion for Leave to File, Under Seal, Mawson Infrastructure Group Inc.'s Motion (I) for a Bond Pursuant to 11 U.S.C. § 303(e), and (II) for Sanctions for Willful Violation of the Automatic Stay [D.I. 106; Filed May 7, 2025]

K.    Petitioning Creditors' and Cameron Hamish Gray's Opposition to Debtor's Motion (I) for a Bond Pursuant to 11 U.S.C. § 303(e) and (II) for Sanctions for Willful Violation of the Automatic Stay [D.I. 139; Filed July 25, 2025]

L.    Declaration of Andrew K. Glenn in Support of Petitioning Creditors' and Cameron Hamish Gray's Opposition to Debtor's Motion (I) for a Bond Pursuant to 11 U.S.C. § 303(e) and (II) for Sanctions for Willful Violation of the Automatic Stay [D.I. 140; Filed July 25, 2025]

3

M.    Reply of Mawson Infrastructure Group Inc. in Support of its Motion (I) for a Bond Pursuant to 11 U.S.C. § 303(e), and (II) for Sanctions for Willful Violation of the Automatic Stay  [D.I. 142; Filed July 30, 2025]

N.    Declaration of Ryan Costello in Support of Reply of Mawson Infrastructure Group Inc. in Support of its Motion (I) for a Bond Pursuant to 11 U.S.C. § 303(e), and (II) for Sanctions for Willful Violation of the Automatic Stay  [D.I. 143; Filed July 30, 2025]

O.    Supplemental Declaration of Bill Regan in Support of Reply of Mawson Infrastructure Group Inc. in Support of its Motion (I) for a Bond Pursuant to 11 U.S.C. § 303(e), and (II) for Sanctions for Willful Violation of the Automatic Stay  [D.I. 144; Filed July 30, 2025]

P.    Declaration of Michael R. Herz in Support of Reply of Mawson Infrastructure Group Inc. in Support of its Motion (I) for a Bond Pursuant to 11 U.S.C. § 303(e), and (II) for Sanctions for Willful Violation of the Automatic Stay  [D.I. 145; Filed July 30, 2025]

Q.    Declaration of Michael R. Herz in Support of Mawson Infrastructure Group Inc.'s Motion (I) for Bond Pursuant to 11 U.S.C. § 303(e), and (II) for Sanctions for Violation of the Automatic Stay [D.I. 160; filed August 25, 2025]

R.    Declaration of Michael G. Platner in Support of Mawson Infrastructure Group Inc.'s Motion (I) for Bond Pursuant to 11 U.S.C. § 303(e), and (II) for Sanctions for Violation of the Automatic Stay [D.I. 161; filed August 25, 2025]

S.    Certification of Counsel Regarding Order Granting Mawson Infrastructure Group Inc.'s Motion (I) for Bond Pursuant to 11 U.S.C. § 303(e), and (II) for Sanctions for Violation of the Automatic Stay [D.I. 162; filed August 25, 2025]

T.    Motion for Entry of an Order Shortening Notice of Hearing with Respect to Marshall's Motion Pursuant to Bankruptcy Code Section 303(i) and Bankruptcy Rules 9023 and 9024 for Order (I) Dismissing Alleged Debtor's Request for Bond, (II) Scheduling Rehearing on Alleged Debtor's Motion for Order for (A) Bond Pursuant to 11 U.S.C. § 303(e) and (B) for Sanctions for Violation of the Automatic Stay or (III) Reconsidering the August 11 Bench Ruling on Such Motion [D.I. 166]; filed August 25, 2025]

U.    Marshall's Objection to Proposed Order Granting Mawson Infrastructure Group Inc.'s Motion (I) for Bond Pursuant to 11 U.S.C. §

303(e), and (II) for Sanctions for Violation of the Automatic Stay [D.I. 167; filed August 25, 2025]

V.      Joinder of Rayra Pty Ltd. to Marshall's Objection to Proposed Order Granting Mawson Infrastructure Group Inc.'s Motion (I) for Bond Pursuant to 11 U.S.C. § 303(e), and (II) for Sanctions for Violation of the Automatic Stay [D.I. 171; filed August 26, 2025]

W.      Joinder and Motion of Liam Healey and Quentin Olde in their Capacity As Receivers and Managers of MIG No. 1 PTY Ltd (In Liq.) (Receivers and Managers Appointed), Pursuant to Bankruptcy Rule 9023, for Reconsideration of the Bench Ruling and (II) Rehearing on Alleged Debtor's Motion (I) for Bond Pursuant to 11 U.S.C. § 303(e), and (II) for Sanctions for Violation of the Automatic Stay [D.I. 174; filed August 26, 2025]

X.      Joinder of Liam Healey and Quentin Olde to Marshall's Objection to Proposed Order Granting Mawson Infrastructure Group Inc.'s Motion (I) for Bond Pursuant to 11 U.S.C. § 303(e), and (II) for Sanctions for Violation of the Automatic Stay [D.I. 176; filed August 26, 2025]

Y.      Joinder of Rayra Pty Ltd. to Motion for Entry of an Order Shortening Notice of Hearing with Respect to Marshall's Motion Pursuant to Bankruptcy Code Section 303(i) and Bankruptcy Rules 9023 and 9024 for Order (I) Dismissing Alleged Debtor's Request for Bond, (II) Scheduling Rehearing on Alleged Debtor's Motion for Order for (A) Bond Pursuant to 11 U.S.C. § 303(e) and (B) for Sanctions for Violation of the Automatic Stay or (III) Reconsidering the August 11 Bench Ruling on Such Motion [D.I. 177]; filed August 26, 2025]

Z.      Objection of Mawson Infrastructure to (i) Motion for Entry of an Order Shortening Notice of Hearing with Respect to Marshall's Motion Pursuant to Bankruptcy Code Section 303(i) and Bankruptcy Rules 9023 and 9024 for Order (I) Dismissing Alleged Debtor's Request for Bond, (II) Scheduling Rehearing on Alleged Debtor's Motion for Order for (A) Bond Pursuant to 11 U.S.C. § 303(e) and (B) for Sanctions for Violation of the Automatic Stay or (III) Reconsidering the August 11 Bench Ruling on Such Motion; (ii) Motion for Entry of an Order Shortening Notice of Hearing with Respect to Marshall's Motion Pursuant to Bankruptcy Code Section 303(i) and Bankruptcy Rules 9023 and 9024 for Order (I) Dismissing Alleged Debtor's Request for Bond, (II) Scheduling Rehearing on Alleged Debtor's Motion for Order for (A) Bond Pursuant to 11 U.S.C. § 303(d) and (B) for Sanctions for Violation of the Automatic Stay or (III) Reconsidering the August 11 Bench Ruling on Such Motion; and (b) response to the Objections filed to the Alleged Debtor's Certification of Counsel Regarding Order

Granting Mawson Infrastructure Group Inc.'s Motion (I) for Bond Pursuant to 11 U.S.C. § 303(e), and (II) for Sanctions for Violation of the Automatic Stay [D.I. 179; filed August 27, 2025]

AA.    Order Shortening Notice of Hearing with Respect to Marshall's Motion Pursuant to Bankruptcy Code Section 303(i) and Bankruptcy Rules 9023 and 9024 for Order (I) Dismissing Alleged Debtor's Request for Bond, (II) Scheduling Rehearing on Alleged Debtor's Motion for Order for (A) Bond Pursuant to 11 U.S.C. § 303(e) and (B) for Sanctions for Violation of the Automatic Stay or (III) Reconsidering the August 11 Bench Ruling on Such Motion [D.I. 181]; filed August 28, 2025]

Status:        This matter will go forward.

Dated:  September 3, 2025                         FOX ROTHSCHILD LLP

*/s/ Stephanie Slater Ward*
Seth A. Niederman (No. 4588)
Stephanie Slater Ward (No. 6922)
1201 North Market Street, Suite 1200
Wilmington, DE  19801
Telephone: (302) 654-7444
Email: sniederman@foxrothschild.com
Email: sward@foxrothschild.com

-and-

Michael A. Sweet (admitted *pro hac vice*)
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436
Email: msweet@foxrothschild.com

-and-

Michael R. Herz (admitted *pro hac vice*)
49 Market Street
Morristown, NJ 07960
Telephone: (973) 548-3330
Email: mherz@foxrothschild.com

*Counsel to the Alleged Debtor*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Agenda was served on September 3, 2025 via

the Court's CM/ECF electronic filing system on all parties registered to receive such notice.


*/s/ Stephanie Slater Ward*
Stephanie Slater Ward (DE No. 6922)