# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAWSON INFRASTRUCTURE GROUP, INC.<br><br>Alleged Debtor. | Chapter 11<br><br>Case No. 24-12726 (MFW)<br><br>Re: D.I. 88, 89, 90, 91, 97, 101, 102, 103, 104, 139, 140, 142, 143, 144, 145, 148, 160, 161, 201 |

**ORDER GRANTING IN PART MAWSON INFRASTRUCTURE GROUP INC.'S MOTION FOR SANCTIONS FOR VIOLATION OF THE AUTOMATIC STAY**

Upon the motion (the "Motion")[1] of Mawson Infrastructure Group Inc. ("Mawson"), seeking entry of an order imposing sanctions against W Capital Advisors Pty Ltd ("W Capital"), Marshall Investments MIG Pty Ltd ("Marshall Investments"), Rayra Pty Ltd ("Rayra" and together with W Capital and Marshall Investments, the "Initial Petitioning Creditors"), and Liam Healey and Quentin Olde in their capacity as Receivers and Managers of MIG No.1 Pty Ltd (in Liq.) (Receivers and Managers Appointed) (the "MIG1 Receivers" together with the Initial Petitioning Creditors, the "Petitioning Creditors" and each a "Petitioning Creditor") and Cameron Hamish Gray (the "Liquidator") for violation of the automatic stay pursuant to 11 U.S.C. §§ 362(k) and 105(a); and the Court having considered the Motion, the declarations in support thereof, and the record of this case; and due and proper notice of the Motion and the hearing thereon having been given; and for the reasons stated on the record at the hearing on August 11, 2025 and September 5, 2025 (together, the "Hearing"); and good and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**, solely with respect to W Capital.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

1

2. The Motion is **DENIED**, without prejudice, as to the other Petitioning Creditors and the Liquidator.

3. As a result of W Capital's violation of the automatic stay, the W Capital is hereby directed to pay the Alleged Debtor **$204,475.00** in attorneys' fees pursuant to 11 U.S.C. §§ 362(k) and 105(a).

4. The Court shall retain jurisdiction to interpret and enforce the terms of this Order.

Dated: September 11th, 2025  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE

176595896.2