# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAWSON INFRASTRUCTURE GROUP, INC.<br><br>Alleged Debtor. | Chapter 11<br><br>Case No. 24-12726 (MFW)<br><br>Re: D.I. 88, 89, 90, 91, 97, 101, 102, 103, 104, 139, 140, 142, 143, 144, 145, 148, 160, 161, 202 |

### ORDER GRANTING MAWSON INFRASTRUCTURE GROUP INC.'S MOTION FOR A BOND PURSUANT TO 11 U.S.C. § 303(e)

Upon the motion (the "Motion")[1] of Mawson Infrastructure Group Inc. ("Mawson"), seeking entry of an order requiring W Capital Advisors Pty Ltd ("W Capital"), Marshall Investments MIG Pty Ltd ("Marshall Investments"), Rayra Pty Ltd ("Rayra" and together with W Capital and Marshall Investments, the "Initial Petitioning Creditors"), and Liam Healey and Quentin Olde in their capacity as Receivers and Managers of MIG No.1 Pty Ltd (in Liq.) (Receivers and Managers Appointed) (the "MIG1 Receivers" together with the Initial Petitioning Creditors, the "Petitioning Creditors" and each a "Petitioning Creditor") to post a bond for the duration of the involuntary chapter 11 case prior to the entry of an order for relief, if any, pursuant to 11 U.S.C. § 303(e); and the Court having considered the Motion, the declarations in support thereof, and the record of this case; and due and proper notice of the Motion and the hearing thereon having been given; and for the reasons stated on the record at the hearing on August 11, 2025 and September 5, 2025 (together, the "Hearing"); and good and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

1

176594959.2

2. The Petitioning Creditors are directed to post a bond in the amount of $1,500,000.00 within fourteen (14) days of the date of entry of this Order, pursuant to 11 U.S.C. § 303(e).[2]

3. The Court shall retain jurisdiction to interpret and enforce the terms of this Order.

Dated: September 11th, 2025
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

---

[2] As set forth at the Hearing, the bond constitutes the approximate amount of attorneys' fees and costs incurred by the Alleged Debtor in connection with this involuntary case from the Petition Date through July 31, 2025.

2

176594959.2