## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAWSON INFRASTRUCTURE GROUP, INC.,<br><br>Alleged Debtor. | Chapter 11<br><br>Case No. 24-12726 (MFW)<br><br>Re: D.I. 203 |

### AGREED ORDER FURTHER EXTENDING THE ASSIGNMENT OF
### THE JUDICIAL SETTLEMENT OFICER TO THE JUDICIAL PROCEDURE

By this order (the "Order"), the Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") authorizes the extension of the appointment of the Judicial Settlement Officer (as defined below) in the above-captioned involuntary chapter 11 case of Mawson Infrastructure Group, Inc. (collectively, the "Alleged Debtor" or "Mawson").

### RECITALS

WHEREAS, on June 24, 2025, the Bankruptcy Court entered the *Agreed Order Assigning Matter to Judicial Settlement Procedure* [Docket No. 135] (the "Judicial Procedure Order");[1]

WHEREAS, pursuant to the Judicial Procedure Order, the Bankruptcy Court appointed The Honorable Scott Clarkson, Judge of the United States Bankruptcy Court for the Central District of California as the judicial settlement officer (the "Judicial Settlement Officer");

WHEREAS, on July 14, 2025 a Judicial Settlement Procedure was held before the Judicial Settlement Officer;

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Judicial Procedure Order.

WHEREAS, at the conclusion of the July 14, 2025 Judicial Settlement Procedure session, the parties did not reach a resolution regarding the Judicial Settlement Issues; however, settlement efforts between the parties remain ongoing, including with the assistance of the Judicial Settlement Officer;

WHEREAS, given the ongoing involvement of the Judicial Settlement Officer, there are ongoing discussions among Mawson Infrastructure Group, Inc. (the "Alleged Debtor"); W Capital Advisors Pty Ltd ("W Capital"), Marshall Investments MIG Pty Ltd ("Marshall Investments"), Rayra Pty Ltd ("Rayra"), Liam Healey and Quentin Olde in their capacity as Receivers and Managers of MIG No.1 Pty Ltd (in Liq.) (Receivers and Managers Appointed) (the "MIG1 Receivers"), and John McInerney and Phillip Campbell-Wilson of Grant Thornton Australia Limited in their capacity as Joint and Several Liquidators of Mawson Services Pty Ltd (in Liq.) (the "Mawson Services Liquidators" together with the W Capital, Marshall Investments, Rayra, and the MIG1 Receivers the "Petitioning Creditors" and each a "Petitioning Creditor"); Celsius Network Limited ("CNL") and Celsius Mining LLC (together with CNL, "Celsius"); and Ionic Digital Mining LLC ("Ionic") (collectively, the "Parties" and each, a "Party") with respect to the Judicial Settlement Issues;

WHEREAS, the Parties intend to continue those settlement discussions and request the assistance of the Judicial Settlement Officer to facilitate the discussions;

WHEREAS, pursuant to paragraph 6 of the Judicial Procedure Order, "[t]he Judicial Settlement Procedure shall conclude on the earliest of: (a) the date on which the Parties have resolved the Judicial Settlement Issues, (b) the date on which the Judicial Settlement Officer has determined that the Parties have reached an impasse or (c) the date that is four weeks after the first judicial settlement procedure session agreed by the Parties and the Judicial Settlement Officer

pursuant to paragraph 4 hereof or such later date as the Parties may agree." Accordingly, the Judicial Settlement Procedure is set to conclude on August 11, 2025 (the "Initial Conclusion Date");

WHEREAS, the Court extended the appointment of the Judicial Settlement Officer through and including September 10, 2025 (the "Current Conclusion Date") as more fully set forth in the *Agreed Order Extending the Assignment of the Judicial Settlement Officer to the Judicial Procedure* [Docket No. 151] (the "Extension Order");

WHEREAS, the Bankruptcy Court has determined that it is in the best interests of the Alleged Debtor, its estates, and all stakeholders, including, without limitation, the Parties, that the Judicial Settlement Officer's appointment be extended to assist the Parties in trying to resolve, without limitation the Judicial Settlement Issues.

## ORDER

**IT IS HEREBY ORDERED THAT**:

1.     Subject to the provisions set forth herein, pursuant to Rule 9019-5 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), effective immediately upon entry of this Order, the appointment of The Honorable Scott Clarkson, Judge of the United States Bankruptcy Court for the Central District of California as Judicial Settlement Officer is hereby extended for an additional thirty (30) days from the Current Conclusion Date, through and including October 10, 2025.

2.     Unless otherwise set forth herein, the terms and conditions of the Judicial Procedure Order shall remain in full force and effect.

3.     The Parties are authorized to take all action necessary to effectuate the relief granted in this Order.

4.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: September 11th, 2025**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**