# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MAWSON INFRASTRUCTURE GROUP, INC., | Case No. 24-12726 (MFW) |
| Alleged Debtor. | Hrg. Date: October 21, 2025, at 10:30 a.m. (ET)<br>Obj. Due: October 1, 2025, at 4:00 p.m. (ET) |

## NOTICE OF HEARING ON MOTION TO DISMISS PETITION OF MARSHALL INVESTMENTS GCP PTY LIMITED (F/K/A MARSHALL INVESTMENTS MIG PTY LTD) AS TRUSTEE FOR THE MARSHALL INVESTMENTS MIG TRUST AS PETITIONING CREDITOR

**PLEASE TAKE NOTICE** that on August 25, 2025, Marshall Investments GCP Pty Limited (f/k/a Marshall Investments MIG Pty Ltd) as trustee for the Marshall Investments MIG Trust ("Movant"), a petitioning creditor in the above-captioned chapter 11 case of Mawson Infrastructure Group, Inc. filed and served the *Motion to Dismiss Petition of Marshall Investments GCP Pty Limited (f/k/a Marshall Investments MIG Pty Ltd) as Trustee for the Marshall Investments MIG Trust as Petitioning Creditor* [Docket No. 163] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion, must be filed on or before **October 1, 2025, at 4:00 p.m. (ET)** (the "Objection Deadline") with the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must serve a copy of the response on the undersigned counsel to the Movant, so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **October 21, 2025, at 10:30 a.m. (ET)** before the Honorable Mary F. Walrath, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

162681990

Dated: September 17, 2025
      New York, New York

**ROPES & GRAY LLP**

*/s/ Gregg M. Galardi*
Gregg M. Galardi (No. 2991)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone.: (212) 596-9000
Facsimile: (212) 596-9090
Email: gregg.galardi@ropesgray.com

*Counsel to Marshall Investments GCP Pty Limited (f/k/a Marshall Investments MIG Pty Ltd) as Trustee for the Marshall Investments MIG Trust*