**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Mawson Infrastructure Group, Inc.<br>(n/k/a Big Digital Energy, Inc.<br><br><br>Alleged Debtor. | Chapter 11<br><br>Case No. 24-12726 (MFW)<br><br>**Rel. Docs. 265, 322, 326, 327, 328, 329, 330, 337, 340, 343** |

**ORDER**

**AND NOW** this **30th** day of **SEPTEMBER, 2026**, upon consideration of the Letter Request for Assistance from the Honorable Justice K.E. Downes of the Federal Court of Australia and the Responses thereto, and for the reasons set forth on the record at the hearing held on this date, it is hereby

**ORDERED** that the Order entered by the Court on November 4, 2025, dismissing the involuntary petition filed against Mawson Infrastructure Group, Inc. (D.I. 265) is hereby **AMENDED** by **VACATING** decretal paragraph 7.

BY THE COURT:

Mary F. Walrath
United States Bankruptcy Judge