**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MAWSON INFRASTRUCTURE GROUP, INC.<br><br>Alleged Debtor. | Chapter 11<br><br>Case No. 24-12726 (MFW) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 30, 2026 AT 10:30 A.M. (EASTERN TIME)

**THIS HEARING WILL BE CONDUCTED BY ZOOM. PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON.**
**THE COURT HAS NO PREFERENCE.**

**TO ATTEND THIS HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV OR CLICK THE FOLLOWING LINK: https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl.**

**PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN 4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING.**
**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL. ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.**

MATTERS GOING FORWARD

1. Mawson Infrastructure Group, Inc.'s Emergency Motion for Stay Pending Appeal of the September 30, 2026 Order [D.I. 352] Vacating Paragraph 7 of the Dismissal Order [D.I. 363; Filed October 14, 2026]

   Responses Due: October 23, 2026

   Responses/Replies Received:

   A. Opposition of Cameron Hamish Gray to Mawson Infrastructure Group, Inc.'s Emergency Motion for Stay Pending Appeal of the September 30, 2026 Order [D.I. 352] Vacating Paragraph 7 of the Dismissal Order [D.I. 372; Filed October 23, 2026]

B. Mawson Infrastructure Group, Inc.'s Reply in Support of its Emergency Motion for Stay Pending Appeal of the September 30, 2026 Order [D.I. 352] Vacating Paragraph 7 of the Dismissal Order [D.I. 376; Filed October 27, 2026]

C. Transmittal Declaration of Seth Niederman [D.I. 377; Filed October 27, 2026]

Related Documents:

A. Notice of Hearing on Mawson Infrastructure Group, Inc.'s Emergency Motion for Stay Pending Appeal of the September 30, 2026 Order [D.I. 352] Vacating Paragraph 7 of the Dismissal Order [D.I. 365; Filed October 15, 2026]

Status: This matter will go forward.

2. Mawson Infrastructure Group, Inc.'s Motion for an Order Holding W Capital Advisors Pty Ltd in Civil Contempt and Granting Related Relief [D.I. 367; Filed October 16, 2026]

Responses Due: October 23, 2026

Responses/Replies Received:

A. W Capital Advisors Pty Ltd's Objection to Mawson Infrastructure Group, Inc.'s Motion for an Order Holding W Capital Advisors Pty Ltd in Civil Contempt and Granting Related Relief [D.I. 371; Filed October 23, 2026]

B. Mawson Infrastructure Group, Inc.'s Reply in Support of its Motion for an Order Holding W Capital Advisors Pty Ltd in Civil Contempt and Granting Related Relief [D.I. 374; Filed October 27, 2026]

C. Transmittal Declaration of Seth Niederman [D.I. 375; Filed October 27, 2026]

Status: This matter will go forward.

Dated: October 28, 2026

**FOX ROTHSCHILD LLP**

*/s/ Stephanie Slater Ward*
Seth A. Niederman (No. 4588)
Stephanie Slater Ward (No. 6922)
1201 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 654-7444
Email: sniederman@foxrothschild.com
Email: sward@foxrothschild.com

-and-

Michael A. Sweet (admitted *pro hac vice*)
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436
Email: msweet@foxrothschild.com

-and-

Michael R. Herz (admitted *pro hac vice*)
49 Market Street
Morristown, NJ 07960
Telephone: (973) 548-3330
Email: mherz@foxrothschild.com

-and-

Martin R. Martos, II (admitted *pro hac vice*)
321 N. Clark Street, Suite 1600
Chicago, IL 60654
Telephone: (312) 517-9200
Email: mmartos@foxrothschild.com

*Counsel to Mawson Infrastructure Group, Inc. n/k/a Big Digital Energy, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Agenda was served on October 28, 2026 via the Court's CM/ECF electronic filing system on all parties registered to receive such notice.

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)