**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MAWSON INFRASTRUCTURE GROUP, INC. | ) | Case No. 24-12726 (MFW) |
| | ) | |
| Alleged Debtor. | ) | Rel. Doc. 363, 372, 376 |
| | ) | |

**ORDER DENYING MAWSON INFRASTRUCTURE GROUP, INC.'S EMERGENCY MOTION FOR STAY PENDING APPEAL OF THE SEPTEMBER 30, 2026 ORDER [D.I. 352] VACATING PARAGRAPH 7 OF THE DISMISSAL ORDER**

AND NOW this 30th day of October, 2026, upon consideration of the *Emergency Motion for Stay Pending Appeal of the September 30, 2026 Order [D.I. 352] Vacating Paragraph 7 of the Dismissal Order* (the "Motion") filed by Mawson Infrastructure Group, Inc. (n/k/a Big Digital Energy, Inc.) ("Mawson") and the Response thereto filed by Gray, and for the reasons stated on the record at the hearing held on October 30, 2026,

IT IS HEREBY ORDERED, as follows:

1. The Motion is **DENIED**.

**Dated: October 30th, 2026**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**