**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MAWSON INFRASTRUCTURE GROUP, INC. | ) | Case No. 24-12726 (MFW |
| | ) | |
| Alleged Debtor. | ) | Rel. Doc. 367, 371, 374 |
| | ) | |
| | ) | |

**ORDER DENYING MOTION TO HOLD W CAPITAL ADVISORS PTY LTD IN CIVIL CONTEMPT**

AND NOW this 30th day of October, 2026, upon consideration of the motion of Mawson Infrastructure Group, Inc. (n/k/a Big Digital Energy, Inc.) ("Mawson") for Entry of an Order Holding W Capital Advisors Pty Ltd in Civil Contempt and Related Relief; and the Response of W Capital thereto and for the reasons stated on the record at the hearing held on October 30, 2026,

IT IS HEREBY ORDERED that:

1. The Motion is **DENIED**.

**Dated: October 30th, 2026**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**